# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Carlos Alberto Ortiz-Navarro**<br>YOB: 1968; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-08547MJ |

Complaint for violation of Title 8, United States Code Section 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about February 6, 2025, at or near Tucson, Arizona, in District of Arizona, **Carlos Alberto Ortiz-Navarro**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona, on February 27, 1997, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Carlos Alberto Ortiz-Navarro** is a citizen of Mexico. On February 25, 1997, **Carlos Alberto Ortiz-Navarro** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On February 6, 2025, agents found **Carlos Alberto Ortiz-Navarro** in the United States, at or near Tucson, Arizona, without the proper immigration documents. **Carlos Alberto Ortiz-Navarro** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br><br>MARCO BANUETT (Affiliate) *Digitally signed by MARCO BANUETT (Affiliate) Date: 2025.02.06 14:42:27 -07'00'* |
|---|---|
| | OFFICIAL TITLE<br>Deportation Officer |
| **Sworn to telephonically.**<br>SIGNATURE OF MAGISTRATE JUDGE[1] *(signature)* | DATE<br>February 6, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins